**Fill in this information to identify the case:**

Debtor 1    Dennis Ray Duty, II

Debtor 2    Lauren Culbreth Duty
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Georgia

Case number 15-40920

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 15

**Last four digits** of any number you use to identify the debtor's account: 1374

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 07/21/2016

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 09/22/2016 | (3) | $ 500.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Dennis Ray Duty, II</u>　　　　　　　　　　　　　　　　　Case number *(if known)* <u>15-40920</u>
　　　　　First Name　　Middle Name　　Last Name

### Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ <u>/s/Mallory Velten</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date  <u>03/15/2017</u>

　　Signature

**Print:** <u>Mallory Velten</u>
　　　　First Name　　Middle Name　　Last Name　　　　　　　Title  <u>Attorney</u>

Company  <u>Brock & Scott, PLLC</u>

Address  <u>4360 Chamblee Dunwoody Rd. Suite 310</u>
　　　　Number　　　　Street

　　　　<u>Atlanta, GA 30341</u>
　　　　City　　　　　State　　ZIP Code

Contact phone  <u>404-789-2661</u>　　　　　　　　　　　Email <u>bankruptcy@brockandscott.com</u>

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| IN RE:<br>DENNIS RAY DUTY, II<br>LAUREN CULBRETH DUTY<br>　　　　　　DEBTOR(S) | CASE NO. 15-40920<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　　The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Proof of Claim Supplement in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Dennis Ray Duty, II
615 Lake Harding Drive
Hamilton, GA 31811

Lauren Culbreth Duty
615 Lake Harding Drive
Hamilton, GA 31811

America A Cross
4800 Armour Road
Columbus, GA 31904

Kristin Hurst
P.O. Box 1907
Columbus, GA 31902-1907

This the 15th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alicia Koval
　　　　　　　　　　　　　　　　　　　　　　　Alicia Koval
　　　　　　　　　　　　　　　　　　　　　　　Brock & Scott, PLLC
　　　　　　　　　　　　　　　　　　　　　　　5121 Parkway Plaza Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28217
　　　　　　　　　　　　　　　　　　　　　　　Ph: (704) 369-0676
　　　　　　　　　　　　　　　　　　　　　　　Fax: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　　　　bankruptcy@brockandscott.com