# United States Bankruptcy Court

## Middle District of Georgia

Date: 8/30/18

In re:

| | |
|---|---|
| Dennis Ray Duty II<br>615 Lake Harding Drive<br>Hamilton, GA 31811 | Lauren Culbreth Duty<br>615 Lake Harding Drive<br>Hamilton, GA 31811 |

Debtor(s)

Case No. 15–40920 jtl

Chapter 13

Mr. Kirk:

RE: Motion for Relief from Stay by Federal National Mortgage Association

On August 24, 2018, a hearing was held on the above motion. The hearing notes from that hearing state the motion was granted, the Judge also signed an order in court granting the motion. You uploaded a second order conditionally denying the motion. Was this order uploaded in error or did something happen that is not showing on the docket.

If no response is received regarding this matter by September 6, 2018, the order will be trashed.

Thank you.

Venice Clowers, 478–749–6818

Deputy Clerk
United States Bankruptcy Court